No. 1032. PARKER, ADMINISTRATOR, ET AL. *v.* JAMES GRANGER, INC., ET AL.

Decided June 1, 1936. *Per Curiam:* The appeal herein is dismissed for the want of jurisdiction. Section 237 (a), Judicial Code, as amended by the Act of February 13, 1925 (43 Stat. 936, 937). Treating the papers whereon the appeal was allowed as a petition for

a writ of certiorari, § 237 (c), Judicial Code, as amended (43 Stat. 936, 938), certiorari is denied. *Messrs. Frank F. Nesbit* and *Lasher B. Gallagher* for appellants. *Mr. Oscar Lawler* for appellees.